UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-21752-CIV-ZLOCH

JOSE ORTIZ ROGRIGUEZ,

     Plaintiff,

**O R D E R**

vs.

FLORIDA DEPARTMENT OF
CORRECTIONS, et al.,

     Defendants.
_____/

THIS MATTER is before the Court upon the Report Of Magistrate Judge (DE 68) filed herein by United States Magistrate Judge Patrick A. White. The Court has conducted a _de novo_ review of the entire record herein and is otherwise fully advised in the premises.

This matter is before the Court for initial screening pursuant to 28 U.S.C. § 1915A. Plaintiff initiated the above-styled cause with the filing of his Complaint (DE 1) on July 9, 2007, against various correctional facilities and individually named and unnamed Defendants. The instant Report centers on what Magistrate Judge White construes as Plaintiff's Motion to amend his Complaint and for a preliminary injunction against Ms. Tucker, the law librarian at Glades Correctional Institution. The Court agrees with Judge White's analysis that Plaintiff's allegations as to Ms. Tucker fail to establish a claim for denial of access to the Courts. Therefore, the Court will adopt the Report Of Magistrate Judge

White (DE 68) and dismiss Plaintiff's Motion (DE 60) to amend his Complaint for failure to state a claim upon which relief may be granted.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. That the Court hereby approves, adopts and ratifies the Preliminary Report Of Magistrate Judge (DE 68) filed herein by United States Magistrate Judge Patrick A. White as follows:

2. To the extent that Plaintiff's Motion Identifying Defendant And Assistance In Service Of Process And Amendment (DE 60), seeks to Amend Plaintiff's Complaint to state a claim for a preliminary injunction against the law librarian at the Glades Correctional Institution it be and the same is hereby **DENIED** for failure to state a claim upon which relief may be granted.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___28th___ day of July, 2008.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

The Honorable Patrick A. White
United States Magistrate Judge

Jose Ortiz Rodriguez, pro se
DC # M16789
Glades Correctional Institution
500 Orange Ave. Circ.
Belle Glade, FL 33430-5222